**No. 58411.**—Walker Services & Co. *v.* United States, protests 226771–K, etc. (Boston).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of unconcentrated lime juice similar in all material respects to that the subject of *Walker Services* v. *United States* (28 Cust. Ct. 109, C. D. 1395), the claim of the plaintiff was sustained.